

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00359-CV

———————————————

IN RE WILLIAMS CHIDIEBERE NWAOKONKO, Relator

---

Original Proceeding
Arlington Municipal Court of Tarrant County, Texas

---

Before Birdwell, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that the petition should be dismissed for lack of jurisdiction. Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction. *See In re Scott*, Nos. 11-21-00012-CR, 11-21-00013-CR, 2021 WL 307307, at *1 (Tex. App.— Eastland Jan. 29, 2021, orig. proceeding).

Per Curiam

Delivered: June 10, 2026